# Exhibit A

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Fu Shih Lin v. HST Lessee Keystone, LLC d/b/a Sheraton Indianapolis Hotel at Keystone Crossing

| | |
|---|---|
| Case Number | 49D13-1805-CT-018505 |
| Court | Marion Superior Court, Civil Division 13 |
| Type | CT - Civil Tort |
| Filed | 05/12/2018 |
| Status | 05/12/2018 , Pending (active) |

## Parties to the Case

Defendant   HST Lessee Keystone, LLC d/b/a Sheraton Indianapolis Hotel at Keystone Crossing

Address
8787 Keystone Crossing
Indianapolis, IN 46240

Attorney
Ronald Anthony Mingus
*#3114449, Lead, Retained*

Reminger Co.,L.P.A.
College Park Plaza
8909 Purdue Rd Suite 200
Indianapolis, IN 46268
317-853-7366(W)

Attorney
Katherine Marie Haire
*#3133049, Retained*

200 West Washington Street
Room 411 State House
Indianapolis, IN 46204
260-609-3133(W)

Attorney
Pro Se

Plaintiff   Lin, Fu Shih

Attorney
Michael Wayne Phelps
*#2064689, Retained*

899 S. COLLEGE MALL ROAD
SUITE #186
BLOOMINGTON, IN 47401
317-800-1894(W)

## Chronological Case Summary

05/12/2018  **Case Opened as a New Filing**

| 05/14/2018 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint | |
| | Filed By: | Lin, Fu Shih |
| | File Stamp: | 05/12/2018 |

| 06/21/2018 | **Appearance Filed** | |
|---|---|---|
| | Appearance by Attorneys in Civil Case | |
| | For Party: | HST Lessee Keystone, LLC d/b/a Sheraton Indianapolis Hotel at Keystone Crossing |
| | File Stamp: | 06/21/2018 |

| 07/03/2018 | **Notice Filed** | |
|---|---|---|
| | Defendants Notice of Automatic Extension of Time to Answer or Otherwise Respond to Plaintiffs Complaint | |
| | Filed By: | HST Lessee Keystone, LLC d/b/a Sheraton Indianapolis Hotel at Keystone Crossing |
| | File Stamp: | 07/03/2018 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Lin, Fu Shih
Plaintiff

Balance Due (as of 07/16/2018)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 05/14/2018 | Transaction Assessment | 157.00 |
| 05/14/2018 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 1:18-cv-02158-JPH-DML Document 1-1 Filed 07/16/18 Page 4 of 15 PageID #: 9

**49D13-1805-CT-018505**

Marion Superior Court, Civil Division 13

Filed: 5/12/2018 1:13 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION          COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |
| | ) | |
| FU SHIH LIN | ) | |
| | ) | **JURY DEMAND INCLUDED** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HST LESSEE KEYSTONE, LLC, | ) | |
| d/b/a SHERATON INDIANAPOLIS | ) | |
| HOTEL AT KEYSTONE CROSSING | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Comes now the plaintiff, Fu Shih Lin, by counsel, Michael W. Phelps, Phelps Legal Group, and for his cause of action and Complaint for Damages against the defendant, HST Lessee Keystone LLC, d/b/a Sheraton Indianapolis Hotel at Keystone Crossing, alleges and says:

### COUNT I-GENERAL NEGLIGENCE

1. That on or about May 15, 2016, the defendant maintained its premises in an unreasonable and unsafe condition, causing plaintiff to fall.

2. That said fall occurred within the boundaries of Marion County, State of Indiana.

3. That defendant is a duly licensed foreign corporation doing business within and with its local business address within the State of Indiana, County of Marion.

4. That the plaintiff received permanent injuries because of the defendant's negligence.

5. That the plaintiff has incurred medical expenses, lost time, wages and other special expenses and physical and emotional pain and suffering in an amount to be proven at the trial of this cause, and will incur future medical expenses, lost time, wages and other special expenses and emotional pain and suffering, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for him damages in an amount to be determined at the trial of this cause, for medical expenses, lost time, and other special expenses, for future medical expenses, future lost time and other future special expenses, emotional pain and suffering, court costs, and all other just and proper relief in the premises.

RESPECTFULLY SUBMITTED BY:

/s/ Michael W. Phelps
Michael W. Phelps, Atty. No. 20646-89
Attorney for Plaintiff, Fu Shih Lin

Michael W. Phelps, #20646-89
PHELPS LEGAL GROUP
899 S. College Mall Road
Unit #186
Bloomington, IN 47401
Tel: (317) 800-1894
Fax: (317) 534-3833
mike@mikephelpslaw.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION         COURT |
|  | ) SS: |  |
| COUNTY OF MARION | ) | CAUSE NO. |
| FU SHIH LIN | ) | |
|  | ) | **JURY DEMAND INCLUDED** |
| Plaintiff, | ) | |
| vs. | ) | |
| HST LESSEE KEYSTONE, LLC, | ) | |
| d/b/a SHERATON INDIANAPOLIS | ) | |
| HOTEL AT KEYSTONE CROSSING | ) | |
| Defendant. | ) | |

## DEMAND FOR TRIAL BY JURY

Comes now the plaintiff, Fu Shih Lin, by counsel, Michael W. Phelps, Phelps Legal Group, and respectfully demands this matter be tried by jury pursuant to Indiana Trial Rule 38.

RESPECTFULLY SUBMITTED BY:

/s/ Michael W. Phelps
Michael W. Phelps, Atty. No. 20646-89
Attorney for Plaintiff, Fu Shih Lin

Michael W. Phelps, #20646-89
PHELPS LEGAL GROUP
899 S. College Mall Road
Unit #186
Bloomington, IN 47401
Tel:  (317) 800-1894
Fax: (317) 534-3833
mike@mikephelpslaw.com

**49D13-1805-CT-018505**

Marion Superior Court, Civil Division 13

Filed: 5/12/2018 1:13 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
200 E. WASHINGTON STREET
SUITE W-122
INDIANAPOLIS, IN 46204

Fu Shih Lin

Plaintiff(s)

VS.   No. _____

HST Lessee Keystone LLC,
d/b/a Sheraton Indianapolis Hotel
at Keystone Crossing

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: HST Lessee Keystone LLC via registered agent: **Corporation Service Company, 135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date:_____     _____
                                          CLERK, MARION CIRCUIT/SUPERIOR COURTS

MICHAEL W. PHELPS, #20646-89
ATTORNEY FOR PLAINTIFF(S)
PHELPS LEGAL GROUP
899 S COLLEGE MALL ROAD
UNIT # 186
BLOOMINGTON, IN   47401
TELEPHONE: (317) 800-1894

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2018.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:   I designate the following mode of service to be used by the Clerk.

__X__   By certified or registered mail with return receipt to above address.

_____   By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

_____   By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

_____   By serving his agent as provided by rule, statute or valid agreement, to-wit:

PHELPS LEGAL GROUP

BY:/s/ Michael W. Phelps
    Michael W. Phelps

ATTORNEY FOR PLAINTIFF(S)

CERTIFICATE OF MAILING: I certify that on the ____ day of _____, 2018, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this ____ day of _____, 2018.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the ____ day of _____, 2018, and that a copy of the return of receipt was received by me on the _____ day of _____, 2018, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the ____ day of _____, 2018, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ____ day of _____, 2017, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this ____ day of _____, 2018.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the ____ day of _____, 2018, and I served the same on the ____ day of _____, 2018.

1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____ (Name of Person) and by mailing by first class mail a copy of the summons on the ____ day of _____, 2018 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this ____ day of _____, 2018.

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the ____ day of _____, 2018 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the ____ day of _____, 2018 for each of the within named defendant(s)_____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

49D13-1805-CT-018505

Marion Superior Court, Civil Division 13

Filed: 5/12/2018 1:13 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

## APPEARANCE FORM (CIVIL)
### Initiating Party

| CAUSE NO.: | |
|---|---|
| 1. Name of first initiating party | Fu Shih Lin |
| 2. Telephone of pro se party | N/A |
| 3. Attorney information (for service of process) | Michael W. Phelps, #20646-89<br>PHELPS LEGAL GROUP<br>899 S. College Mall Road<br>Unit #186<br>Bloomington, IN 47401<br>Tel: (317) 800-1894<br>Fax: (317) 534-3833<br>Mike@MikePhelpsLaw.com |
| 4. Case type requested | CT (Civil Tort) |
| 5. Will accept FAX service? | YES |
| 6. Are there related cases? | NO |
| 7. Addition information required by State or Local Rules | None |
| Continuation of Item 1 (Initiating Parties) | N/A |
| Continuation of Item 3 (Attorney information for service of process) | N/A |

Filed: 6/21/2018 11:00 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D13-1805-CT-018505 |

FU SHIH LIN )
)
    Plaintiff, )
)
vs. )
)
HST LESSEE KEYSTONE, LLC, d/b/a )
SHERATON INDIANAPOLIS HOTEL AT )
KEYSTONE CROSSING, )
)
    Defendant. )

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

   Initiating _____   Responding __X__   Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: **HST LESSEE KEYSTONE, LLC, d/b/a SHERATON INDIANAPOLIS HOTEL AT KEYSTONE CROSSING**

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Name: Ronald A. Mingus    Atty. Number: 31144-49

   Name: Katherine M. Haire   Atty. Number: 31330-49

   Address: Reminger Co., LPA, College Park Plaza, 8909 Purdue Road

       Suite 200, Indianapolis, Indiana 46268

   Phone: 317-853-7366; 317-352-5240    Fax: 317-228-0943

   E-mail Address: rmingus@reminger.com; khaire@reminger.com

3. This is a ___CT___ case type as defined in administrative Rule 8(B)(3).

4. I will accept service by:
   Fax at the above noted number:    Yes_____    No __X__
   Email at the above noted address:    Yes_____    No __X__

5.  This case involves child support issues.   Yes_____   No__X__  (*If Yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.*)

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no contact order.   Yes_____   No __X__  (*If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.*)  The party shall use the following address for purposes of legal service: _____N/A_____

7.  This case involves a petition for involuntary commitment. Yes ____    No__X__

8.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment. _____N/A_____

9.  There are related cases: Yes _____   No___X__ (*If Yes, list on continuation page.*)

10. Additional information required by local rule: _____None_____

11. There are other party members:   Yes___  No _X_  (*If Yes, list on continuance page.*)

12. This form has been served on all other parties and Certificate of Service is attached: Yes ____X____   No _____

Respectfully submitted,

/s/ *Katherine M. Haire*
Ronald A. Mingus (31144-49)
Katherine M. Haire (31330-49)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road
Suite 200
Indianapolis, IN 46268
Tel: 317-663-8570
Fax: 317-228-0943
rmingus@reminger.com
khaire@reminger.com
**Attorney for Defendant, HST Lessee Keystone, LLC, d/b/a Sheraton Indianapolis Hotel at Keystone Crossing**

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed in accordance with Trial Rule 86 using the Court's Electronic Filing System, which will send notice on this ___21st___ day of June, 2018 to all registered parties as follows:

Michael W. Phelps
PHELPS LEGAL GROUP
899 S. College Mall Road
Unit #186
Bloomington, IN 47401
mike@mikephelpslaw.com
*Counsel for Plaintiff*

          */s/ Katherine M. Haire*
          Katherine M. Haire (31330-49)
          REMINGER CO., LPA

Filed: 7/3/2018 2:48 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D13-1805-CT-018505 |

FU SHIH LIN, )
)
        Plaintiff, )
)
vs. )
)
HST LESSEE KEYSTONE, LLC d/b/a )
SHERATON INDIANAPOLIS HOTEL AT )
KEYSTONE CROSSING, )
)
        Defendant. )
)

## DEFENDANT'S NOTICE OF AUTOMATIC EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Comes now, Defendant, HST Lessee Keystone, LLC d/b/a Sheraton Indianapolis Hotel at Keystone Crossing, by counsel, pursuant to LR49-TR5 Rule 203(D), hereby notifies the Court of its automatic extension of time to answer or otherwise respond to Plaintiff's Complaint, and in support thereof Defendant states as follows:

1. Defendant was served with the instant action on June 15, 2018. Accordingly, the response to the Complaint is due on or before July 9, 2018.

2. Pursuant to LR49-TR5-203(D), Defendant now seeks an automatic enlargement of time of thirty (30) days within which to respond to Plaintiff's Complaint on or before August 8, 2018.

3. This motion is timely brought before the expiration of the original responsive deadline.

4. Accordingly, Defendant's response to Plaintiff's Complaint is now due on or before August 8, 2018.

Respectfully submitted,

_/s/ Katherine M. Haire_
Katherine M. Haire (31330-49)
Ronald A. Mingus (31144-49)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road
Suite 200
Indianapolis, IN 46268
Tel: 317-663-8570
Fax: 317-228-0943
rmingus@reminger.com
khaire@reminger.com
***Attorneys for Defendant, HST Lessee Keystone, LLC d/b/a Sheraton Indianapolis Hotel at Keystone Crossing***

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed in accordance with Trial Rule 86 using the Court's Electronic Filing System, which will send notice on this 3rd day of July, 2018 to all registered parties as follows:

Michael W. Phelps
PHELPS LEGAL GROUP
899 S. College Mall
Road Unit #186
Bloomington, IN 47401
mike@mikephelpslaw.com
*Counsel for Plaintiff*

_/s/ Katherine M. Haire_
Katherine M. Haire (31330-49)
REMINGER CO., LPA

2