UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FU SHIH LIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-02158-JPH-DML |
| | ) | |
| SHERATON LICENSE OPERATING | ) | |
| COMPANY, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now

enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff.  Plaintiff

shall take nothing by his complaint and this action is terminated.

Date:  10/26/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: _____
        Deputy Clerk, U.S. District Court

Distribution:

Katherine M. Haire
REMINGER CO. LPA (Indianapolis)
khaire@reminger.com

Ronald A. Mingus
REMINGER CO. LPA (Indianapolis)
rmingus@reminger.com

1

Michael W. Phelps
STEWART PHELPS WOOD
mike@spwinjurylaw.com